COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER DENYING EN BANC RECONSIDERATION

Appellate case name:    Clearpoint Crossing Property Owners Association and Cullen's LLC and 11500 Space Center, LLC v. Joseph Chambers and Debbie Chambers

Appellate case number:    01-16-00773-CV

Trial court case number:    2011-05504

Trial court:    164th District Court of Harris County

The en banc court having voted unanimously against reconsideration en banc, Joseph and Debbie Chambers's motion for en banc reconsideration is **denied**.

Justice's signature:   /s/ Sherry Radack
                          Acting for the Court

En Banc Court consists of: Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss

Justice Goodman, concurring in the denial of en banc reconsideration by separate opinion.

Date: January 31, 2019